Troy P. Foster; AZ Bar No. 017229
Megan N. Weides; AZ Bar No. 033552
tfoster@thefosterlaw.com
mweides@thefosterlaw.com
THE FOSTER GROUP PLC
902 W. McDowell Road
Phoenix, AZ 85007
Telephone:  602.461.7990

Attorneys for Plaintiff

Rachel Winkler; AZ Bar No. 028190
Michael R. Lindsay; CA Bar No. 110845
Andrea Chavez; CA Bar No. 318297
mlindsay@nixonpeabody.com
andrea.chavez@nixonpeabody.com
NIXON PEABODY, LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA  90071
Telephone:   213.629.6000

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nana Kwabena Amponsah,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Lufthansa Aviation Training USA, Inc., an Arizona corporation,<br><br>　　　　Defendants. | Case No. 2:21-cv-00701-DJH<br><br>**NOTICE OF SETTLEMENT** |

   Plaintiff Nana Kwabena Amponsah and Defendant Lufthansa Aviation Training USA, Inc. hereby notify the Court that the parties have agreed to settle this lawsuit.  The parties are in the process of finalizing the settlement papers and request 30 days in which to execute the settlement and file a request for dismissal.

DATED this 16th day of December 2021.

| | |
|---|---|
| *s/ Megan Weides* | *s/Andrea Chavez (with permission)* |
| Troy P. Foster | Michael R. Lindsay |
| Megan Weides | Andrea Chavez |
| The Foster Group, PLLC | Nixon Peabody, LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |

I certify that the content of this document is acceptable to all persons required to sign the document and that authorization to electronically sign this document has been obtained.

*s/ Megan Weides*

I hereby certify that I electronically transmitted the attached document to the clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 16th day of December, 2021.

Rachel Winkler
Michael R. Lindsay
Andrea Chavez
*Attorneys for Defendant*

*s/ Christina Garcia*