| | |
|---|---|
| 1 | Troy P. Foster; AZ Bar No. 017229 |
| 2 | Megan N. Weides; AZ Bar No. 033552 |
|   | tfoster@thefosterlaw.com |
|   | mweides@thefosterlaw.com |
| 3 | THE FOSTER GROUP PLC |
| 4 | 902 W. McDowell Road |
|   | Phoenix, AZ 85007 |
| 5 | Telephone: 602.461.7990 |

Attorneys for Plaintiff

Rachel Winkler; AZ Bar No. 028190
Michael R. Lindsay; CA Bar No. 110845
Andrea Chavez; CA Bar No. 318297
mlindsay@nixonpeabody.com
andrea.chavez@nixonpeabody.com
NIXON PEABODY, LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: 213.629.6000

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nana Kwabena Amponsah, | Case No. 2:21-cv-00701-DJH |
| Plaintiff, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | |
| Lufthansa Aviation Training USA, Inc., an Arizona corporation, | |
| Defendant. | |

Plaintiff Nana Kwabena Amponsah and Defendant Lufthansa Aviation Training USA, Inc. jointly move the Court to dismiss the Plaintiff's lawsuit against Defendant with prejudice. The parties shall each bear their own attorneys' fees and costs.

DATED this 26th day of January 2022.

| | |
|---|---|
| *s/ Megan Weides* | *s/Andrea Chavez (with permission)* |
| Troy P. Foster<br>Megan Weides<br>The Foster Group, PLLC<br>Attorneys for Plaintiff | Michael R. Lindsay<br>Andrea Chavez<br>Nixon Peabody, LLP<br>Attorneys for Defendant |

I certify that the content of this document is acceptable to all persons required to sign the document and that authorization to electronically sign this document has been obtained.

*s/ Megan Weides*

I hereby certify that I electronically transmitted the attached document to the clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 26th day of January, 2022.

Rachel Winkler
Michael R. Lindsay
Andrea Chavez
*Attorneys for Defendant*

*s/ Christina Garcia*